Patrick J. Geile, ISB No. 6975
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone (208) 947-1575
patrick@geilecorp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Lockwood, Timothy Riley

             Debtors.

Case No. 20-00764-TLM
Chapter 7

**NOTICE OF MOTION TO REOPEN CASE AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

      Patrick J. Geile (the "Trustee"), the Chapter 7 trustee in the above-entitled matter, moves this Court pursuant to 11 U.S.C. §350(b) to reopen the case of the above-named Debtor(s) for the following reasons:

      1.     The Debtor(s) filed a Chapter 7 Petition on August 19, 2020 and a 341 (a) meeting was held on September 17, 2020;

      2.     The Trustee filed a Report of No Distribution on January 22, 2021 and the case was closed by the Court; and

      3.     The Trustee has received funds from Wells Fargo Auto in the amount of $7,359.52 These funds are a result of Wells Fargo's pre-petition unauthorized acceptance of payments from the Debtor     If the case were reopened, $7,359.52 of the funds would be available for administration by the bankruptcy estate, which would allow a meaningful distribution to unsecured creditors.

      THEREFORE, the Trustee requests that the Court reopen the above-entitled matter and allow the estate to be administered; and that the Court direct the United States Trustee to appoint Patrick J. Geile as Trustee in this case, upon the Court's determination that a Trustee is necessary under Fed. R. Bankr. P. 5010.

Date: March 11, 2021                        /s/  Patrick J. Geile
                                                           Chapter 7 Trustee

**MOTION TO REOPEN CASE - 1**

## CERTIFICATE OF SERVICE

  I hereby certify that on March 11, 2021, I electronically filed the foregoing Motion to Reopen with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
 *ECF:* ustp.region18.bs.ecf@usdoj.gov

Cyrus J Roedel
1924 S. Vista
Boise, ID 83705
ECF  cyrus@roedellaw.com

*Served by U.S. MAIL*

Timothy Riley Lockwood
9283 W. Wakefield Ct.
Garden City, ID 83714

            /s/  Patrick J. Geile
            Chapter 7 Bankruptcy Trustee
            Date: March 11, 2021

**MOTION TO REOPEN CASE - 2**