ROEDEL LAW OFFICES
Cyrus J. Roedel #4508
Attorney at Law
1924 S. Vista
Boise, ID 83705
Telephone: (208) 384-0003
FAX: (208) 343-8312
cyrus@roedellaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:                                )
                                      )
                                      )    Case No. 20-0764
    Timothy Lockwood              )
                                      )
                                      )
                                      )
                   Debtor    )
                                      )

### Response to Motion to Reopen

    COMES NOW, the Debtor(s) by and through counsel undersigned and respond to the Trustee's Motion to Dismiss as follows:

    1. That the Trustee's Motion is improper.

    2. That upon information and belief, the Trustee was aware that Wells Fargo was holding $7,359.52 of Debtor's funds before the trustee closed the bankruptcy case.

    3. That the debtor's chapter 7 case was fully administered and closed by the trustee while being aware of the existence of the funds precluding the trustee from reopening the case to administer the funds.

    Wherefore, the debtor respectfully requests that this court dismiss the trustee's motion to reopen the case.

    Dated this 22nd day of March, 2021.

    \s\Cyrus Roedel, Counsel for the Debtor

RESPONSE TO MOTION TO REOPEN-1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2021, I served a true and correct copy of the Response to Motion to Dismiss on:

Patrick Geile chapter 7 trustee
Electronic Notice    X
Certified Mail
U.S. Mail         ___ ___
Fax
Hand Delivered

\s\Cyrus Roedel, Counsel for the Debtor

RESPONSE TO MOTION TO REOPEN-2